# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3123 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ROSA ADELIA-MARTINEZ, | ) | |
| Defendant. | ) | |

At the request of the U.S. Marshal's Service,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are rescheduled to Tuesday, March 13, 2007, from 10:30 a.m. to 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 2, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge