THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3123 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROSA ADELIA-MARTINEZ, | ) | |
| Defendant. | ) | |

The defendant has filed a motion under 28 U.S.C. § 2255 (filing 115), a motion for leave to proceed in forma pauperis (filing 116), and a prisoner account statement (filing 117). Upon review of the motion for leave to proceed in forma pauperis—which is presented in the form of a declaration establishing the defendant's inability to pay the cost of this proceeding—and the defendant's trust account information, the motion to proceed in forma pauperis shall be granted.

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing 116) is granted.

October 7, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge