IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3123 |
| v. | ) | |
| ROSA ADELIA-MARTINEZ, | ) | **JUDGMENT** |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against the defendant, Rosa Adelia-Martinez, providing that she shall take nothing and her Motion to Vacate under 28 U.S.C. § 2255 (filing 115) is denied with prejudice.

    October 21, 2008.

                              BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge